# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:  Bruno Ranieri ) | Case no. 15-20765 |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Judge:  A. Benjamin Goldgar |
| ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Bruno Ranieri

1151 Franklin Street
Mundelein, IL  60060

Sulaiman Law Group
900 Jorie Blvd #150
Oak Brook, IL 60523

Please take notice that on Friday, November 13, 2015 at 10:00 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Tuesday, October 20, 2015.

/s/ Bill Karmia

For:  Glenn Stearns, Trustee

---

## OBJECTION TO DISCHARGE UNDER § 1328 (f)

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtor be denied and in support thereof, states the following:

1. On June 15, 2015, the debtor filed a petition under Chapter 13.
2. The Debtor received a discharge in a prior Chapter 7 case filed within the past four years or a prior Chapter 13 case filed within the past two years from the date of the filing of the present case.
3. The Debtor Is not entitled to a discharge under § 1328 (f).

WHEREFORE, the Trustee prays that the discharge for the above referenced debtor be denied.

Respectfully Submitted;

/s/  Glenn Stearns

For:  Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888