QPWB No. 86881

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | IN CHAPTER 13 PROCEEDINGS |
| | ) | |
| Bruno Ranieri | ) | |
| | ) | |
| | ) | BK No.: 15-20765 |
| Debtor. | ) | |
| | ) | |
| | ) | |

**21ST MORTGAGE CORPORATION'S RESPONSE AND
OBJECTION TO DEBTOR'S MOTION TO VALUE (DOC. #21),
AND REQUEST FOR A CONTINUANCE**

Secured Creditor, 21st Mortgage Corporation, by and through its Counsel, Quintairos, Prieto, Wood & Boyer P.A., ("Secured Creditor"), and hereby responds and objects to Debtor's Motion to Determine the Value (Docket Entry #21), and respectfully moves the Court for an Order continuing the hearing for Debtor's Motion, presently scheduled for October 23, 2015, and in support of its Response states that:

1. On June 15, 2015, Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code. (*See* Docket Entry #2).

2. On June 15, 2015, Debtor filed a Chapter 13 Plan with this Court (Docket Entry #2), in which Secured Creditor filed its Objection to the Confirmation of Debtor's Chapter 13 Plan on August 10, 2015 (Docket Entry #15). ("Objection").

3. On October 07, 2015, Debtor filed an Amended Chapter 13 Plan with this Court (Docket Entry #23), in which Secured Creditor filed its Objection to the Confirmation of Debtor's Amended Chapter 13 Plan on October 10, 2015 ("Objection to the Confirmation of Amended Plan"). (Docket Entry #24).

QPWB No. 86881

4. As identified in Secured Creditor's Objection and Amended Objection to the Confirmation, Secured Creditor holds a security interest in the real property, located at 1151 Franklin Street, Mundelein, Illinois, 60060 ("Property"), by virtue of a Second Note and Mortgage which was assigned to Secured Creditor, and recorded December 18, 2012, with the Lake County Recorder's Office, as Document No. 6935902, in the amount of $96,000.00.

5. On September 23, 2015, Secured Creditor filed its Proof of Claim (*See* Claim No. 2-1) in the amount of $109,055.22.

6. On September 16, 2015, the Chapter 13 Trustee filed a Motion to Dismiss for Unreasonable Delay for Debtor, in which the Trustee indicated that "Debtor(s) failure to appear or to produce request information or documents is unreasonable and prejudicial to the creditors." (Doc Entry #18), for which Secured Creditor agrees, and is currently pending and set for hearing on October 23, 2015. (Docket Entry #28).

7. On October 7, 2015, Debtor filed a Motion Pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012 to Determine the Value of the Property in which a hearing is scheduled for October 23, 2015 ("Motion to Value"). (Docket Entry #21).

8. Debtor's Motion to Value attached, as its Exhibit A, a Residential Real Estate Appraisal ("Appraisal") that was prepared on May 3, 2015, which Secured Creditor contends is an inadequate analysis and valuation for the determination of the value of the Property.

9. Secured Creditor objects to this Motion to Value, and disputes Debtor's analysis and valuation of the Property in which it asserts that the valuation is higher. The value as set forth in the Motion to Value and Chapter 13 Plan is based on the Debtor's "opinion" of the Property, which Debtor managed to corroborate with an Appraisal, estimating the value of the Property at $305,000.00. (Docket Entry #21).

10. As to the value of the Property, Secured Creditor obtained a valuation of the Property on July 20, 2015, which is attached as Exhibit A to Secured Creditor's Objection to the Confirmation of the Amended Plan, which supports a valuation of the Property at $380,000.00. (Docket Entry #24).

11. Pursuant to Debtor's Motion, Debtor intends on stripping Creditor's secured lien by stating that the Real Property has zero value, and appears to be using this Motion to Value, in and of itself, to try to effectively strip Secured Creditor's lien (by valuing subject property well below market value).

12. Accordingly, Secured Creditor disagrees with Debtor's analysis and valuation, and respectfully requests additional time to obtain an appraisal of the Property to further respond to Debtor's Motion to Value.

13. Moreover, Secured Creditor believes that a full appraisal will show a value of the Property that will illustrate the collateral as secured. Accordingly, Secured Creditor desires an opportunity to appraise and inspect the Property for said purpose and would therefore request the valuation hearing to be continued to allow same.

14. The Plan currently remains unconfirmed, and the confirmation hearing is continued for October 23, 2015. (*See* Docket Entry #26).

15. Additionally, on October 20, 2015, the Chapter 13 Trustee filed an Objection to Discharge Under § 1328 (f), which is currently pending. (Docket Entry #29).

16. In summation, Secured Creditor objects to the Debtor's analysis and valuation, asserts that the value of the Property is $380,000.00, and requests the opportunity to conduct its own full interior appraisal and have the matter heard at hearing.

QPWB No. 86881

**WHEREFORE**, Creditor, 21st Mortgage Corporation, respectfully requests that the Debtor's Motion be denied, a hearing be set no sooner than thirty (30) days from the date of this Response, to afford Secured Creditor sufficient time to have an appraisal of the property performed, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: October 22, 2015

/s/JOSEPH KRCMAR

Joseph Krcmar, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
Willis Tower
233 South Wacker Drive, 70th Floor
Chicago, Illinois 60606 US
jkrcmar@qpwblaw.com
Phone: (312) 566-0040
Fax: (312) 566-0041
*Attorney for Creditor 21st Mortgage Corporation*

QPWB No. 86881

# CERTIFICATE OF SERVICE

      Creditor, 21st Mortgage Corporation, filed a Response and Objection to Debtor's Motion to Value and Request for Continuance. A copy, with Exhibits, was served upon Debtor's Counsel, the Trustee and the U.S. Trustee by electronic notification and upon the Debtor by U.S. Mail, with proper postage prepaid on October 22, 2015, at the addresses listed below:

Bruno Ranieri
1151 Franklin Street
Mundelein, Illinois 60060
*Debtor*
U.S. Mail


Nathan C, Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd., Suite 150
Oak Brook, Illinois, 60523
*Attorney for Debtor*
ECF Noticfication

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois, 60532
*Trustee*
ECF Notification


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
*U.S. Trustee*
ECF Notification

                                          /s/ Joseph Krcmar
                                          Joseph Krcmar, Esq.