UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-20765 |
| BRUNO RANIERI | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER VALUING CLAIM OF 21ST MORTGAGE CORPORATION

On October 7, 2015, the debtor(s) filed a motion to value the claim of 21st Mortgage Corporation (the "creditor") secured by a lien against the property commonly known as 1151 Franklin Street, Mundelein, Illinois 60060 (address) with real estate tax pin number 10-23-202-054 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its Second mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the Second mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the creditor's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a)

Enter:

Dated:   **11 MAR 2016**                                   United States Bankruptcy Judge

**Prepared by:**
Charles L. Magerski
Sulaiman Law Group
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181

Rev: 20130104_bko