# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:15-bk-20765 |
| BRUNO RANIERI | Chapter 13 |
| Debtor(s) | Honorable A. Benjamin Goldgar |

## NOTICE OF MOTION

To:   *See attached list*

    Mr. Timothy W. Williams
    21st Mortgage Corporation
    620 Market Street
    Suite 100
    Knoxville, Tennessee 37902

PLEASE TAKE NOTICE that on January 11, 2019 at 9:30 a.m., the undersigned will appear before the Honorable A. Benjamin Goldgar at the Park City Branch Court, 301 South Greenleaf Avenue, Courtroom B, Park City, Illnois 60085 and will then and there present **DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE,** a copy of which is hereby served upon you.

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
Mohammed Omar Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

*Counsel for Bruno Ranieri*

## **CERTIFICATE OF SERVICE**

     I, Joseph Scott Davidson, an attorney, hereby certify that on December 10, 2018, **DEBTORS' MOTION TO REOPEN CHAPTER 13 CASE** was filed with the Clerk of the Court of the United States Bankruptcy Court for the Northern District of Illinois by using the CM/ECF system. I have mailed this document by United States Postal Service Certified Mail, postage prepaid to:

Mr. Timothy W. Williams
21st Mortgage Corporation
620 Market Street
Suite 100
Knoxville, Tennessee 37902

                          */s/ Joseph Scott Davidson*

                          Joseph Scott Davidson
                          Mohammed Omar Badwan
                          **SULAIMAN LAW GROUP, LTD.**
                          2500 South Highland Avenue
                          Suite 200
                          Lombard, Illinois 60148
                          +1 630-575-8181
                          jdavidson@sulaimanlaw.com
                          mbadwan@sulaimanlaw.com

                          *Counsel for Bruno Ranieri*

```
Label Matrix for local noticing          OCWEN LOAN SERVICING, LLC, AS SERVICER FOR U    Ocwen Loan Servicing, LLC as servicer for U.
0752-1                                   c/o Codilis and Associates, P.C.                C/O Codilis & Associates, P.C.
Case 15-20765                            15W030 North Frontage Road                      15W030 North Frontage Rd.
Northern District of Illinois            Suite 100                                       Suite 100
Chicago                                  Burr Ridge, IL 60527-6921                       Burr Ridge, IL 60527-6921
Mon Dec 10 12:06:39 CST 2018

U.S. Bankruptcy Court                    (p)21ST MORTGAGE CORPORATION                    Equifax Information Services, LLC
Eastern Division                         PO BOX 477                                      1550 Peachtree Street NW
219 S Dearborn                           KNOXVILLE TN 37901-0477                         Atlanta, GA 30309-2468
7th Floor
Chicago, IL 60604-1702

Experian Information Solutions, Inc.     (p)INTERNAL REVENUE SERVICE                     Internal Revenue Service
475 Anton Boulevard                      CENTRALIZED INSOLVENCY OPERATIONS               PO Box 7346
Costa Mesa, CA 92626-7037                PO BOX 7346                                     Philadelphia, PA 19101-7346
                                         PHILADELPHIA PA 19101-7346

Ocwen Loan                               Ocwen Loan Servicing, LLC, as servicer for      Trans Union LLC
1661 Worthington Road, Suite 100         c/o Codilis & Associates, P.C.                  1561 E. Orangethorpe Avenue
West Palm Beach, FL 33409-6493           15W030 N. Frontage Road                         Fullerton, CA 92831-5210
                                         Suite #100
                                         Burr Ridge, IL 60527-6921

U.S. Bank National Association           Bruno Ranieri                                   Charles L. Magerski
c/o Ocwen Loan Servicing, LLC            1151 Franklin Street                            Sulaiman Law Group, LTD
Attn: Bankruptcy Department              Mundelein, IL 60060-5376                        900 Jorie Boulevard
P.O. BOX 24605                                                                           Suite 150
West Palm Beach, FL 33416-4605                                                           Oak Brook, IL 60523-3810

Glenn B Stearns                          Joseph S Davidson                               Nathan C Volheim
801 Warrenville Road                     Sulaiman Law Group, Ltd.                        Sulaiman Law Group, Ltd.
Suite 650                                2500 S. Highland Ave                            2500 S. Highland Ave
Lisle, IL 60532-4350                     Suite 200                                       Suite 200
                                         Lombard, IL 60148-7103                          Lombard, IL 60148-7103

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
21st Mortgage Corp                       (d)21st Mortgage Corporation                    (d)21st Mortgage Corporation
PO BOX 477                               620 Market Street                               Attn: Legal
Knoxville, TN 37901                      Knoxville, TN 37901                             P.O. Box 477
                                                                                         Knoxville, TN 37901

Internal Revenue Service
Department of Treasury
Kansas City, MO 64999
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)21st Mortgage Corporation          (u)U.S. Bank National Association, as Trustee          End of Label Matrix
                                                                                             Mailable recipients   18
                                                                                             Bypassed recipients    2
                                                                                             Total                 20

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:15-bk-20765 |
| BRUNO RANIERI | Chapter 13 |
| Debtor(s) | Honorable A. Benjamin Goldgar |

## DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE

BRUNO RANIERI ("Ranieri"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure, moves to reopen his Chapter 13 case to enforce terms of the Order Confirming Plan, and in support thereof, states as follows:

1. A petition under chapter 13 was filed on June 15, 2015.

2. A plan was confirmed on February 11, 2016.

3. The bankruptcy case closed without discharge on October 18, 2018[1].

4. The Debtor requests that this court enter an order reopening this bankruptcy case pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure to enforce as well as seek contempt of Debtor's confirmed Chapter 13 plan.

Dated: December 10, 2018

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
Mohammed Omar Badwan
**SULAIMAN LAW GROUP, LTD.**

---

[1] The court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor has received a discharge – in a case filed under chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter. 11 U.S.C. § 1328(f)(1).

            2500 South Highland Avenue  
            Suite 200  
            Lombard, Illinois 60148  
            +1 630-575-8181  
            jdavidson@sulaimanlaw.com  
            mbadwan@sulaimanlaw.com  

            *Counsel for Bruno Ranieri*