## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:15-bk-20765 |
| BRUNO RANIERI | Chapter 13 |
| Debtor(s) | Honorable A. Benjamin Goldgar |

## NOTICE OF MOTION

To: Mr. Timothy W. Williams
21st Mortgage Corporation
620 Market Street
Suite 100
Knoxville, Tennessee 37902

PLEASE TAKE NOTICE that on January 11, 2019 at 9:30 a.m., the undersigned will appear before the Honorable A. Benjamin Goldgar at the Park City Branch Court, 301 South Greenleaf Avenue, Courtroom B, Park City, Illnois 60085 and will then and there present **DEBTOR'S MOTION FOR CONTEMPT OF ORDER CONFIRMING PLAN,** a copy of which is hereby served upon you.

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
Mohammed Omar Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

*Counsel for Bruno Ranieri*

## **CERTIFICATE OF SERVICE**

      I, Joseph Scott Davidson, an attorney, hereby certify that on December 10, 2018, **DEBTOR'S MOTION FOR CONTEMPT OF ORDER CONFIRMING PLAN** was filed with the Clerk of the Court of the United States Bankruptcy Court for the Northern District of Illinois by using the CM/ECF system. I have mailed this document by United States Postal Service Certified Mail, postage prepaid to:

Mr. Timothy W. Williams
21st Mortgage Corporation
620 Market Street
Suite 100
Knoxville, Tennessee 37902

    */s/ Joseph Scott Davidson*

    Joseph Scott Davidson
    Mohammed Omar Badwan
    **SULAIMAN LAW GROUP, LTD.**
    2500 South Highland Avenue
    Suite 200
    Lombard, Illinois 60148
    +1 630-575-8181
    jdavidson@sulaimanlaw.com
    mbadwan@sulaimanlaw.com

    *Counsel for Bruno Ranieri*

```
Label Matrix for local noticing            OCWEN LOAN SERVICING, LLC, AS SERVICER FOR U   Ocwen Loan Servicing, LLC as servicer for U.
0752-1                                     c/o Codilis and Associates, P.C.              C/O Codilis & Associates, P.C.
Case 15-20765                              15W030 North Frontage Road                    15W030 North Frontage Rd.
Northern District of Illinois              Suite 100                                     Suite 100
Chicago                                    Burr Ridge, IL 60527-6921                     Burr Ridge, IL 60527-6921
Mon Dec 10 12:06:39 CST 2018

U.S. Bankruptcy Court                      (p)21ST MORTGAGE CORPORATION                  Equifax Information Services, LLC
Eastern Division                           PO BOX 477                                    1550 Peachtree Street NW
219 S Dearborn                             KNOXVILLE TN 37901-0477                       Atlanta, GA 30309-2468
7th Floor
Chicago, IL 60604-1702


Experian Information Solutions, Inc.       (p)INTERNAL REVENUE SERVICE                   Internal Revenue Service
475 Anton Boulevard                        CENTRALIZED INSOLVENCY OPERATIONS             PO Box 7346
Costa Mesa, CA 92626-7037                  PO BOX 7346                                   Philadelphia, PA 19101-7346
                                           PHILADELPHIA PA 19101-7346


Ocwen Loan                                 Ocwen Loan Servicing, LLC, as servicer for    Trans Union LLC
1661 Worthington Road, Suite 100           c/o Codilis & Associates, P.C.                1561 E. Orangethorpe Avenue
West Palm Beach, FL 33409-6493             15W030 N. Frontage Road                       Fullerton, CA 92831-5210
                                           Suite #100
                                           Burr Ridge, IL 60527-6921


U.S. Bank National Association             Bruno Ranieri                                 Charles L. Magerski
c/o Ocwen Loan Servicing, LLC              1151 Franklin Street                          Sulaiman Law Group, LTD
Attn: Bankruptcy Department                Mundelein, IL 60060-5376                      900 Jorie Boulevard
P.O. BOX 24605                                                                           Suite 150
West Palm Beach, FL 33416-4605                                                           Oak Brook, IL 60523-3810


Glenn B Stearns                            Joseph S Davidson                             Nathan C Volheim
801 Warrenville Road                       Sulaiman Law Group, Ltd.                      Sulaiman Law Group, Ltd.
Suite 650                                  2500 S. Highland Ave                          2500 S. Highland Ave
Lisle, IL 60532-4350                       Suite 200                                     Suite 200
                                           Lombard, IL 60148-7103                        Lombard, IL 60148-7103


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
21st Mortgage Corp                         (d)21st Mortgage Corporation                  (d)21st Mortgage Corporation
PO BOX 477                                 620 Market Street                             Attn: Legal
Knoxville, TN 37901                        Knoxville, TN 37901                           P.O. Box 477
                                                                                         Knoxville, TN 37901


Internal Revenue Service
Department of Treasury
Kansas City, MO 64999
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)21st Mortgage Corporation | (u)U.S. Bank National Association, as Trustee | End of Label Matrix |
| | | Mailable recipients    18 |
| | | Bypassed recipients     2 |
| | | Total                  20 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: <br><br> BRUNO RANIERI <br><br> Debtor(s) | Case No. 1:15-bk-20765 <br><br> Chapter 13 <br><br> Honorable A. Benjamin Goldgar |

## MOTION FOR CONTEMPT OF ORDER CONFIRMING PLAN

BRUNO RANIERI ("Ranieri"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to Fed. R. Bankr. P. 9020, moves this Court for Order of Contempt against 21ST MORTGAGE CORPORATION (21st Mortgage) for its violation of this Court's Order Confirming Plan.  In support thereof, Ranieri states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On February 23, 2007, Debtor executed a mortgage (the "Mortgage") in favor of Taylor, Bean & Whitaker Mortgage Corporation.

3. The Mortgage secured the repayment of the indebtedness evidenced by a promissory note in the amount of $96,000.00 (the "Loan").

4. On June 15, 2015, Ranieri filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

5. Simultaneously with the voluntary petition, Ranieri filed his Chapter 13 plan, which was subsequently amended on October 7, 2015.  Each plan provided identical treatment of 21st

Mortgage's claim, which was specifically identified in the following provision of in **Special Terms** *[as provided in Paragraph G]*:

> The value of 21st Mortgage's claim on [Ranieri's] property located at 1151 Franklin Street, Mundelein, Illinois is valued at zero. Consequently, 21st Mortgage's second mortgage lien is to be stripped and avoided from property upon completion of plan payments as provided by [Ranieri's] Chapter 13 plan. 21st Mortgage is to release lien against property within 30 days of completion of plan payments as provided in [Ranieri's] Chapter 13 plan.

6. On June 18, 2015, notice of Ranieri's Chapter 13 plan was sent to 21st Mortgage by the Bankruptcy Noticing Center.

7. On August 10, 2015, 21st Mortgage filed an Objection to Confirmation of Ranieri's June 15, 2015 plan.

8. On October 7, 2015, Ranieri filed a Motion to Determine the Amount of 21st Mortgage's Secured Claim.

9. On October 9, 2015, 21st Mortgage filed an Objection to Confirmation of Ranieri's October 7, 2015 plan.

10. On October 30, 2015, 21st Mortgage withdrew its Objection to Confirmation of Ranieri's October 7, 2015 plan.

11. On February 11, 2016, the Court confirmed Ranieri's October 7, 2015 plan. The Court also granted Ranieri's Motion to Determine the Amount of 21st Mortgage's Secured Claim.

12. The Order Confirming Plan was not appealed. Accordingly, the Order Confirming Plan is a final order.

13. Ranieri successfully completed plan payments in accordance with confirmed Chapter 13 plan.

14. On September 7, 2018, Chapter 13 Trustee filed a Notice of Completion of Plan Payments.

15. On November 12, 2018 – *66 days later* – 21st Mortgage mailed Ranieri a Mortgage Statement.

16. Among other things, this Mortgage Statement stated a "Payment Amount" of $62,925.38.

17. It also stated that late fees of $48.45 will be charged if Ranieri's payment is received after December 16, 2018.

18. Ranieri filed for relief under Chapter 13 of the Bankruptcy Code to strip and avoid 21st Mortgage's second mortgage lien so that he emerges from Chapter 13 with a fresh start.

19. 21st Mortgage's failure to comply with Ranieri's confirmed Chapter 13 plan has caused Ranieri to experience anxiety, confusion, and shock consistent with believing that filing for relief under Chapter 13 of the Bankruptcy Code was futile, and that 21st Mortgage will threaten to, and in fact, eventually foreclose on his home.

20. Suffice it to say, Ranieri has been denied the opportunity to face a new opportunity in life with a clear field for future effort unfettered by this second mortgage lien.

21. Section 1327(a) of the Bankruptcy Code provides, "[t]he provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan." 11 U.S.C. § 1327(a).

22. Ranieri's confirmed Chapter 13 plan provides:

The value of 21st Mortgage's claim on [Ranieri's] property located at 1151 Franklin Street, Mundelein, Illinois is valued at zero. Consequently, 21st Mortgage's second mortgage lien is to be stripped and avoided from property upon completion of plan payments as provided by [Ranieri's] Chapter 13 plan. 21st Mortgage is to release lien against property within 30 days of completion of plan payments as provided in [Ranieri's] Chapter 13 plan.

23. As Ranieri's plan is confirmed, this provision is binding on Ranieri and 21st Mortgage. *See* 11 U.S.C. § 1327(a) (providing for binding effect of confirmation).

24. 21st Mortgage's failure to release lien against Ranieri's property within 30 days of completion of plan payments constitutes willful violation of Ranieri's confirmed Chapter 13 plan.

25. A violation of a confirmation order is an act of contempt, which like the discharge injunction, may be remedied by the bankruptcy court's authority under 11 U.S.C. § 105(a).

26. 11 U.S.C. § 105(a) allows the court to take any action or make any determination necessary or appropriate to enforce or implement court orders, and its inherent authority authorize the court to award attorney's fees when holding a party in contempt for failure to comply with a prior confirmation order.

27. The court's authority to enforce its orders, including a confirmation order, under § 105(a) must necessarily include the ability to award fees to a debtor who is forced to bring an action, and thus incur attorney's fees, to compel a creditor's compliance with the binding plan and the order confirming the plan.

WHEREFORE, Ranieri request the following relief:

A. Find that 21st Mortgage violated this Court's Order Confirming Plan;

B. require that 21st Mortgage release its lien against Ranieri's property;

C. award actual, and punitive damages, and costs and attorneys' fees; and

D. award any other relief deemed appropriate and equitable.

Dated this 10th day of December, 2018

Respectfully submitted,

**BRUNO RANIERI**

By: */s/ Joseph Scott Davidson*

Joseph Scott Davidson
Mohammed Omar Badwan

SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com