# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | March 5, 2019 |
| **Bankruptcy Case** | No. 15 B 20765 | **Adversary** | |

**Brief Statement of Motion**: Bruno Ranieri

Order to file report on settlement

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Currently set for ruling on March 22, 2019, is the debtor's motion for civil contempt. When the debtor sought to extend the due date for his reply in support of the motion, he gave as a ground that the parties were in settlement discussions. The parties are directed to file on or before March 12, 2019, a joint report on settlement. The report must state whether the matter has been settled. If not, the report must state whether the parties are continuing to discuss settlement, and whether the parties are prepared to have the court rule on March 22.

*/s/ A. Benjamin Goldgar*